IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**INFOMATH, INC.**  **PLAINTIFF**

v.   4:04-CV-00488-WRW

**UNIVERSITY OF ARKANSAS D/B/A
UNIVERSITY OF ARKANSAS AT LITTLE
ROCK- DONAGHEY COLLEGE OF
INFORMATION SCIENCE AND SYSTEMS ENGINEERING,
and MARY L. GOOD and CHERYL CALDWELL,**
Acting In Their Official Capacities As Employees
Of The University Of Arkansas   **DEFENDANTS**

## ORDER

The parties' Joint Motion to Dismiss (Doc. No. 35) based on settlement is GRANTED.

Accordingly, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 12th day of December, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE